THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GOODWIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD GOODWIN, Appellant, v. WARDEN OF QUEENS HOUSE OF DETENTION FOR MEN, Respondent. (And Two Other Titles.) — Defendant

No opinion. Upon appeal from judgment of November 3, 1969, case remitted to Criminal Term for further proceedings not inconsistent with the memorandum herein; and determination of said appeal held in abeyance in the interim. In our opinion it was error to deny, without a hearing, defendant's pretrial motion to suppress evidence allegedly obtained by an illegal search and seizure (Code Crim.

Pro., § 813-c). Latham, Acting P. J., Christ, Brennan and Benjamin, JJ., concur.